**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL E. GLOVER,

    Petitioner,

v.                                     Case No. 5:12-cv-242-JSM-PRL

SECRETARY OF DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

Before the Court are Petitioner's second motion for an extension of time to file a reply (Doc. 27), Petitioner's motion to strike the respondent's response (Doc. 30), and Petitioner's amended motion for an evidentiary hearing. Upon review, the Court orders:

1. The second motion for extension of time to file a reply (Doc. 27) is **GRANTED**. Petitioner shall file his reply **ON OR BEFORE JANUARY 2, 2014**.

2. The motion to strike the response (Doc. 30) is **DENIED**.

3. The amended motion for an evidentiary hearing (Doc. 31) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on December 23, 2013.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record